UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
CARATTINI,

                     Plaintiff(s),          **ADJOURNMENT ORDER**

    - against -

                                                     21 Civ. 9373 (NSR)

BEHUN,

                     Defendant(s).
--------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

      The above case previously scheduled for a telephonic Status Conference on September 18, 2025 before the United States District Judge Nelson S. Román, **is hereby adjourned sine die** pending resolution of Defendant's motion to dismiss pending before Judge Krause. Defendant is directed to notify this Court within five (5) days of Judge Krause's decision.

      Defendant is further directed to serve a copy of this Order on pro se Plaintiff and file proof of service.

                                                            SO ORDERED.

Dated:    White Plains, NY
             September 17, 2025

                                                    Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2025